IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES REGINALD RUTH                                                                    PLAINTIFF

v.                                          4:09CV00196HLJ

KARL BYRD, et al.                                                                      DEFENDANTS

## ORDER

Plaintiff originally filed this action pursuant to 42 U.S.C. § 1983, and was granted in forma pauperis status, while incarcerated at TVC Omega, Malvern, Arkansas. However, he has notified the Court of a change in his address which reflects his release from incarceration (DE #6). Therefore, in order to continue the prosecution of this action, plaintiff must file an updated request to proceed in forma pauperis. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file an updated request to proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2). The Clerk is hereby directed to forward an in forma pauperis application to plaintiff.

IT IS SO ORDERED this 5th day of May, 2009.

_____
United States Magistrate Judge

1